TERRY D. AVCHEN - State Bar No. 75729
tavchen@glaserweil.com
AARON P. ALLAN - State Bar No. 144406
aallan@glaserweil.com
NOAH PERCH-AHERN - State Bar No. 262164
nperchahern@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for
ARCH SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY OF CONNECTICUT, a Connecticut corporation, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation,<br><br>Defendants. | CASE NO.: CV 11-01601-JAM (CKD)<br><br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER REGARDING CONTINUATION OF CERTAIN PRE-TRIAL DEADLINES**<br><br>Complaint Filed: June 13, 2011<br><br>Trial Date: January 14, 2013 |
| ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>TRAVELERS INDEMNITY OF CONNECTICUT, a Connecticut corporation, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Counter-Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

This Stipulation is made between Defendant and Counter-Claimant Arch Specialty Insurance Company ("Arch") and Plaintiffs and Counter-Defendants Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America (collectively referred to as "Travelers"), through their respective attorneys of record, as follows:

WHEREAS, on September 21, 2011, the Court issued a Status (Pre-trial Scheduling) Order ("Scheduling Order") in the above-captioned case;

WHEREAS, Arch and Travelers wish to preserve the existing trial date, but desire a short extension of time with respect to expert witness disclosures, supplemental disclosures and rebuttal expert disclosures, and the discovery cut-off date;

WHEREAS, good cause exists for this request because (1) one of the Arch employees who Travelers wishes to depose was out on pregnancy leave and is still recovering from having recently given birth; (2) having completed most of the document discovery, deposition discovery is proceeding actively during April and May, with additional depositions likely to be required over the summer; and (3) due to the nature of the dispute and the fact that deposition discovery has not yet been completed, the parties agree they would all benefit from having additional time to identify and retain expert witnesses; and

WHEREAS, Arch and Travelers agree that the other dates and deadlines stated in the Scheduling Order shall remain the same.

NOW, THEREFORE, Arch and Travelers stipulate and agree that the following deadlines shall be continued as follows:

1. Expert witness disclosures previously required to be made by June 1, 2012 shall now be made on July 2, 2012.

2. Supplemental disclosures and disclosure of rebuttal experts previously required to be made by June 15, 2012 shall now be made on July 23, 2012; and

1
**STIPULATION AND ORDER REGARDING CONTINUATION OF CERTAIN PRE-TRIAL DEADLINES**

PDF created with pdfFactory trial version www.pdffactory.com

3. The discovery cut-off date which previously was August 3, 2012 shall now be August 31, 2012.

DATED:  April 25, 2011

GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Terry Avchen
TERRY D. AVCHEN
AARON P. ALLAN
NOAH PERCH-AHERN
Attorneys for
  ARCH SPECIALTY INSURANCE COMPANY

DATED:  April 25, 2011

MCKENNA LONG & ALDRIDGE LLP

By: /s/ Marc Feldman
MARC J. FELDMAN
JOHN T. BROOKS
Attorneys for
  TRAVELERS INDEMNITY COMPANY OF CONNECTRICUT and TRAVELERS PROPERTY CAUSUALTY COMPANY OF AMERICA

2
**STIPULATION AND ORDER REGARDING CONTINUATION OF CERTAIN PRE-TRIAL DEADLINES**

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Court's Status (Pre-Trial Scheduling) Order is modified as follows:

1. Expert witness disclosures previously required to be made by June 1, 2012 shall now be made on July 2, 2012.
2. Supplemental disclosures and disclosure of rebuttal experts previously required to be made by June 15, 2012 shall now be made on July 23, 2012; and
3. The discovery cut-off date which previously was August 3, 2012 shall now be August 31, 2012.

Dated: 4/25/2012

                             /s/ John A. Mendez_____

                             Hon. John A. Mendez

                             U. S. DISTRICT COURT JUDGE