UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY OF CONNECTICUT, et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARCH SPECIALTY INSURANCE COMPANY, <br> Defendant. | No. 2:11-CV-1601-**JLQ** <br><br> ORDER STRIKING TRIAL AND PRETRIAL CONFERENCE DATE |

    This matter has been reassigned to the undersigned for all further proceedings. (ECF No. 58).

    All counsel are directed to change the initials following the case number to **JLQ** on all computer records and on all future filings. This is necessary to ensure that the undersigned receives all future filings. Counsel shall advise their staffs to change the initials on all past pleadings to ensure compliance with this Order.

    The court is aware that cross-motions for summary judgment have been filed (ECF No. 43 & 44) and are fully briefed. The motions were originally set to be heard on October 3, 2012. This court will require some time to review the record and pleadings.

    **IT IS HEREBY ORDERED**:

    1. The final pre-trial conference date of November 16, 2012 is hereby **STRICKEN**.

    2. The trial date of January 14, 2013 is hereby **STRICKEN**. The final pretrial conference and trial dates will be reset, if necessary, after determination of the now pending motions for summary judgment.

    3. The parties shall advise if they want oral argument on the pending motions

ORDER – 1

for summary judgment. The court is aware that counsel for the Plaintiff offices in San Diego, California and that the office of counsel for the Defendant is in Los Angeles, California.  Since the undersigned sits in Riverside, California on an ongoing basis, if in person argument in Riverside, California is requested, the court will accommodate that request.   If either party desires oral argument on pending motions,  they shall file a Notice requesting oral argument by **no later than October 24, 2012.**  If either party requests oral argument, the court will contact counsel telephonically to set the time and place of that argument.

    **IT IS SO ORDERED**.  The Clerk shall enter this Order and furnish copies to counsel.

    DATED this 12th day of October, 2012.

                  s/ Justin L. Quackenbush
                JUSTIN L. QUACKENBUSH
       SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 2