UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY OF CONNECTICUT, et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARCH SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | No. 2:11-CV-1601-JLQ <br><br> ORDER SETTING HEARING |

Arch Specialty Insurance has filed a Notice (ECF No. 60) requesting oral argument on the cross-motions for summary judgment. Arch requests to be heard in Riverside, California. Counsel for the parties conferred and jointly requested a hearing date of November 12th or 13th, 2012, subject to the court's availability. The court will be sitting in Spokane on those dates. Counsel have advised they are available on December 3, 2012. Accordingly,

**IT IS HEREBY ORDERED**:

The court will hear oral argument on the pending motions for summary judgment (ECF No. 43 & 44) in **the United States Courthouse, Riverside, California on Monday, December 3, 2012 at 10:00 a.m. in Courtroom #1**.

**IT IS SO ORDERED**. The Clerk shall enter this Order and furnish copies to counsel.

DATED this 17th day of October, 2012.

s/ Justin L. Quackenbush<br>JUSTIN L. QUACKENBUSH<br>SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 1