1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

6   TRAVELERS INDEMNITY OF                )
    CONNECTICUT, et al,                    )    No. 2:11-CV-1601-JLQ
7                                          )
                        Plaintiffs,        )    ORDER RE: SUPPLEMENTAL
8                                          )    BRIEFS AND MOTION TO AMEND
                                           )
9        v.                                )
                                           )
10  ARCH SPECIALTY INSURANCE               )
    COMPANY,                               )
11                                         )
                        Defendant.         )
12  _____)

13          The parties appeared in Riverside, California for oral argument on the pending

14  cross-motions for summary judgment on December 3, 2012. **Aaron P. Allan and**

15  **Fred D. Heather** participated on behalf of Arch Specialty Insurance ("Arch"), and

16  Terry Avchen and Noah Perch-Ahern were also present. **John Brooks** appeared on

17  behalf of Travelers.

18          Unfortunately, due to attorneys arriving late on the prior case, and the need to

19  hear from witnesses at a criminal suppression hearing in the afternoon, inadequate

20  time was available to fully hear the motions. Therefore, the hearing on the

21  summary judgment motions was continued. The court stated its initial impressions,

22  which are not rulings, and heard from counsel for both sides. Arch requested leave

23  to file a Second Amended Counterclaim. This Order will memorialize and

24  supplement the oral rulings of the court.

25          **IT IS HEREBY ORDERED**:

26          1. Arch is allowed to file a Motion to Amend its pleadings. The court has

27  not determined whether amendment will be allowed, and the court is cognizant of a

28  prior Order in this case stating: "No further joinder of parties or amendments to

ORDER – 1

pleadings is permitted except with leave of court, good cause having been shown." (ECF No. 18).  Arch's Motion to Amend shall be filed **no later than December 17, 2012.**

2.  The court allowed the parties to submit supplemental briefs addressing issues raised at the December 3, 2012 hearing.  Each side may submit a supplemental brief **at <u>noon</u> on December 20, 2012.**  The supplemental brief shall not exceed fifteen (15) pages and need not contain a table of contents or table of authorities.  No responses or replies to supplemental briefing shall be filed without the prior permission of the court.

3.  After receiving the supplemental briefs, the court will contact counsel to schedule the continuation of the hearing on the Motions for Summary Judgment. The hearing will likely be scheduled sometime between January 15, 2013 and January 30, 2013. The court is currently scheduled to be in Riverside, California for criminal calendars on the morning of January 22, 2013.  Counsel may suggest preferred dates in their supplemental briefs.

**IT IS SO ORDERED**.  The Clerk shall enter this Order and furnish copies to counsel.

DATED this 5th day of December, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 2