1

2

3

UNITED STATES DISTRICT COURT

4

EASTERN DISTRICT OF CALIFORNIA

5

6  TRAVELERS INDEMNITY OF            )
   CONNECTICUT, et al,               )   No. 2:11-CV-1601-JLQ
7                                    )
              Plaintiffs,            )   ORDER SETTING TELEPHONIC
8                                    )   STATUS CONFERENCE
                                     )
9      v.                            )
                                     )
10                                   )
   ARCH SPECIALTY INSURANCE          )
11 COMPANY,                          )
                 Defendant.          )
12 _____ )

13       Defendant Arch Specialty Insurance Company ("Arch") has been granted leave

14 to File a Second Amended Counterclaim.  The court has vacated a previously

15 entered Protective Order.  Travelers contends that the expansion of the bad faith

16 allegations in the Second Amended Counterclaim require that discovery be

17 reopened.  The court agrees that discovery would need to be reopened, at least to

18 the extent that matters were previously precluded by the Protective Order.  The

19 court is also inclined to deny the pending summary judgment motions as moot, now

20 that the pleadings and allegations upon which the motions were based have been

21 amended.

22       **IT IS HEREBY ORDERED:**

23       1.  Arch filed its Second Amended Counterclaim on January 29, 2013.

24 Travelers shall file an answer or other responsive pleading within "14 days after

25 service" of the Second Amended Counterclaim as provided by Fed.R.Civ.P.

26 15(a)(3).

27       2.  Within 14 days of the date of this Order, counsel shall confer, and

28 thereafter file a joint status report as to the following issues: 1) the discovery that

ORDER – 1

1   will need to be completed, for example, depositions that may need to be reopened,

2   supplementation of expert reports, etc.; 2) the time frame for completing discovery;

3   3) a deadline for the filing of dispositive motions; 4) the parties positions on

4   whether the prior summary judgment record may be supplemented, or whether the

5   motions should be filed anew; 5) whether there are any prospects for settlement; 6)

6   any anticipated modification of standard pretrial procedures; 7) pretrial conference

7   and trial dates, including anticipated length of trial; and 8) any other matters which

8   may be conducive to the just, efficient and economical determination of the action

9   or proceeding, including definition or limitation of issues.  The parties shall file the

10  Joint Status Report by **no later than February 25, 2013.**

11          3.  Arch shall supplement its previous written discovery responses and initial

12  disclosures by producing the documents withheld pursuant to the now vacated

13  Protective Order.  Arch shall provide this supplemental information **no later than**

14  **February 22, 2013.**

15          4. A Telephonic Status Conference is hereby set for **Monday March 4, 2013**

16  **at 3:00 p.m.**  The parties shall call the court's toll-free number: 1-877-336-1839.

17  The parties will be prompted to enter the following information: Access Code -

18  9492285 and Security Code - 1601.

19          **IT IS SO ORDERED**.  The Clerk shall enter this Order and furnish copies to

20  counsel.

21          DATED this 2nd day of February, 2013.

22                          s/ Justin L. Quackenbush
                            JUSTIN L. QUACKENBUSH
23                  SENIOR UNITED STATES DISTRICT JUDGE

24

25

26

27

28

ORDER – 2