UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY OF CONNECTICUT, et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARCH SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | No. 2:11-CV-1601-JLQ <br><br> ORDER RE: EXPERT WITNESS DISCLOSURE |

At the request of the parties, a telephonic conference was held in the above-entitled matter on June 11, 2013, to address a discovery issue that had arisen.  Marc Feldman participated on behalf of the Plaintiffs Travelers. Aaron Allan appeared on behalf of the Defendant/Counter-claimant Arch.  The following Order is intended to memorialize and supplement the oral ruling of the Court. Accordingly,

**IT IS HEREBY ORDERED:**

   1. Defendant Arch is allowed to designate a rebuttal expert solely for the purpose of rebutting the testimony of Travelers' expert witness Beverly Grant.  Arch shall disclose the name of its rebuttal expert witness by **June 11, 2013**, and shall provide the expert witness report no later than **June 18, 2013.**

   **IT IS SO ORDERED**.  The Clerk is hereby directed to enter this Order and furnish copies to counsel.

   **DATED** this 11th day of June, 2013.

                              s/ Justin L. Quackenbush
                              JUSTIN L. QUACKENBUSH
                       SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 1