UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY OF CONNECTICUT, et al,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARCH SPECIALTY INSURANCE COMPANY,<br>　　　　Defendant. | No. 2:11-CV-1601-JLQ<br><br>ORDER RE: SUMMARY JUDGMENT BRIEFING AND DEADLINES |

　　It has come to the court's attention that there may be some ambiguity in the Court's Scheduling Order (ECF No. 75) in that the Order references Local Rule 7.1 from this court's home District, the Eastern District of Washington.  Specifically, the Order provides: "All dispositive motions shall be filed and served on or before August 15, 2013.  Response and reply briefing shall be filed and served in accordance with Local Rule 7.1."  It is the ususal practice of this court to apply the Local Rules in the District in which it sits, unless otherwise ordered.  It was the court's intent that the timing and page limitation requirements of Eastern District of Washington Local Rule 7.1 apply.  The court is also cognizant that the parties may already be preparing motions in accord with Eastern District of California Local Rules 230 and 260.

**IT IS HEREBY ORDERED:**

　　1. As to the form of any dispositive Motion, the parties shall comply with the Local Rules of the Eastern District of California, as the court assumes is their usual practice.

　　2. The following deadlines and page limitations shall supercede the Eastern

ORDER – 1

District of California Local Rules:

    A.  All dispositive motions shall be filed and served on or before **August 15, 2013.**

    B.  Any Response to a dispositive motion shall be served and filed on or before **September 5, 2013.**

    C.  Any Reply shall be served and filed on or before **September 19, 2013.**

    D.  Oral argument, if requested, shall be scheduled by contacting the court's Judicial Assistant, Lee Ann Mauk, at 509-458-5280.  If requested, the court will most likely schedule oral argument between the dates of October 15, 2013 and November 8, 2013.

    E.  Eastern District of Washington Local Rule 7.1(e) shall apply concerning length of supporting memoranda.  A copy of the Eastern District of Washington's Local Rules are available at www.waed.uscourts.gov

    F.  Further, the parties are reminded that no further discovery except those portions necessary to support motions shall be filed.  For example, the entire deposition transcript of a witness need not be filed if the party is citing only to five-pages thereof.  However, the parties are encouraged to include adequate testimony to provide context.

    **IT IS SO ORDERED**.  The Clerk is hereby directed to enter this Order and furnish copies to counsel.

    **DATED** this 3rd day of August, 2013.

                     s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 2