UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY OF CONNECTICUT, et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARCH SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | No. 2:11-CV-1601-JLQ <br><br> ORDER DENYING REQUEST FOR SUPPLEMENTAL BRIEFING |

BEFORE THE COURT is correspondence from counsel for Travelers (ECF No. 100) which seeks permission to file supplemental briefing on the recent case from the California Court of Appeal: *Reid v. Mercury Ins. Co.*, __Cal.Rptr.3d__, 2013 WL 5517979 (Oct. 7, 2013). On the same date, counsel for Arch filed a copy of the case, and stated that it agrees with Travelers' request to submit supplemental briefs.

It was appropriate for counsel to bring this recent and relevant authority to the court's attention. The court has reviewed the *Reid* case, and will consider it in regard to the pending and fully-briefed cross-motions for summary judgment. The court does not need supplemental briefing, and is capable of evaluating the case and its relevance to the pending motions without written argument from counsel. Further, this matter is scheduled for oral argument on November 14, 2013, at 9:00 a.m., and at that time the parties may present their argument as to the impact of *Reid* on the pending motions.

**IT IS HEREBY ORDERED:**

1. The parties' request to file supplemental briefs is **DENIED**.

ORDER – 1

2. The pending Motions for Summary Judgment (ECF No. 87 & 89) remain set for oral argument in **Riverside, California, Courtroom # 3, on November 14, 2013, at 9:00 a.m.**

**IT IS SO ORDERED**.  The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 10th day of October, 2013.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 2