UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY OF CONNECTICUT, et al, ) </br> ) </br> Plaintiffs, ) </br> ) </br> v. ) </br> ) </br> ARCH SPECIALTY INSURANCE ) </br> COMPANY, ) </br> Defendant. ) </br> _____) | No. 2:11-CV-1601-JLQ </br> </br> ORDER RE: FILING FORMAT |

A review of recent pretrial submissions indicates that the parties may be using a font size that is less than 14 point. The court is aware that the Eastern District Local Rule 130 does not contain a font size requirement, contrary to the requirement of this judge's home district and most other districts.

**IT IS HEREBY ORDERED:**

All further pleadings and filings in this matter shall comply with the following:

1. All typed and printed matter must appear in either a proportionately spaced typeface of 14 points or more or a monospaced typeface of no more than 10.5 characters per inch. Text shall be in roman (preferably Times New Roman) upright letters non-script type.

2. Any footnotes in pleadings shall be double-spaced, and shall also comply with the font size requirement.

3. No pleading, document, or brief may have an average of more than 280 words per page, including footnotes and quotations.

4. Courtesy copies of filings should be 3-hole punched on the left side, as opposed to 2-hole punched on the top as stated in Local Rule 130.

ORDER – 1

1  **IT IS SO ORDERED**.  The Clerk is hereby directed to enter this Order and
2  furnish copies to counsel.
3        **DATED** this 29th day of January, 2014.
4                        s/ Justin L. Quackenbush
                      JUSTIN L. QUACKENBUSH
5          SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 2