UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TRAVELERS INDEMNITY OF CONNECTICUT, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> ARCH SPECIALITY INS. CO., <br><br> Defendant. | ) ) ) ) No. 2:11-CV-01601-JLQ ) ) ORDER CONTINUING ) PRETRIAL CONFERENCE ) ) ) ) ) |

   Pursuant to the oral request Aaron P. Allan, Esq., for the Defendant Arch, and Marc J. Feldman, Esq., for the Plaintiff Travelers, the pretrial conference and hearing on motions is hereby continued from February 13, 2014 to February 27, 2014 at 8 a.m.

   The jury trial remains set for March 25, 2014 although if necessary, the court would move the commencement date to March 24, 2014.

   The Clerk shall enter this Order and furnish copies to counsel.

   Dated this 7th day of February, 2014.

                    s/ Justin L. Quackenbush
                  JUSTIN L. QUACKENBUSH
            SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1