UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY OF CONNECTICUT, et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARCH SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | No. 2:11-CV-1601-JLQ <br><br> ORDER STRIKING PRETRIAL AND TRIAL DATES AND STAYING ACTION |

BEFORE THE COURT is the parties' Stipulation to Stay Case (ECF No. 151) wherein they inform the court that they have agreed to submit the dispute between them to confidential binding arbitration. The parties request that the court stay this action and retain jurisdiction to enforce the parties' agreement to arbitrate and to enforce any award or hear any challenge to the award made by the arbitration panel pursuant to the Federal Arbitration Act. Accordingly,

**IT IS HEREBY ORDERED:**

1. The Pretrial Conference set for February 27, 2014, at 8:00 a.m. is **HEREBY STRICKEN**.

2. The jury trial set for March 25, 2014, is **HEREBY STRICKEN**.

3. All pending pretrial Motions (ECF Nos. 113, 114, 115, 116, 117, 118, & 119) are **DENIED AS MOOT**.

4. This action is **STAYED**. The court will retain jurisdiction to enforce the parties' agreement to arbitrate and to enforce any award or hear any challenge to the award made by the arbitration panel pursuant to the Federal Arbitration Act.

ORDER – 1

5.  In order that this file not remain open indefinitely, the parties shall keep the court apprised of the status of the arbitration.   Once the matter has been fully resolved by the arbitration panel, and there remains no need for the court to retain jurisdiction, the parties shall so advise the court.   If the matter has not been fully resolved within six months of the date of this Order, the parties shall file a Joint Status Report with the court on or before **August 21, 2014**.

**IT IS SO ORDERED**.  The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 21st day of February, 2014.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 2