UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY OF CONNECTICUT, et al, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARCH SPECIALTY INSURANCE ) <br> COMPANY, ) <br> Defendant. ) | No. 2:11-CV-1601-JLQ <br><br> ORDER DIRECTING ENTRY <br> OF JUDGMENT OF DISMISSAL <br> WITH PREJUDICE |

     The parties previously informed the court that they had agreed to submit the dispute between them to confidential binding arbitration. The parties requested that the court stay the action and retain jurisdiction to enforce the parties' agreement to arbitrate and to enforce any award or hear any challenge to the award made by the arbitration panel pursuant to the Federal Arbitration Act. The court entered an Order staying the action on February 21, 2014. (ECF No. 152).

     The parties have now filed a Stipulation for Dismissal with Prejudice (ECF No. 153). The Stipulation informs the court that the matter proceeded to arbitration and that on June 12, 2014, the arbitrators issued a decision. The parties have agreed that the arbitration decision has completely resolved the dispute and that neither party will seek to vacate or otherwise challenge the decision. The parties further agree that this action, including all claims and counter-claims, may be dismissed and that each party shall bear its own attorney fees and costs. Accordingly,

**IT IS HEREBY ORDERED:**

     The Clerk of this court shall enter Judgment dismissing Travelers' Complaint (ECF No. 1) and the claims therein with prejudice and dismissing Arch's Second

ORDER – 1

Amended Counterclaim (ECF No. 71) and the claims therein with prejudice. The Judgment shall be without an award of costs to any party.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and Judgment, furnish copies to counsel, and close this file.

**DATED** this 22nd day of July, 2014.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 2